# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-3144
LT Case No. 2016-CA-041191

_____

KARON MARTON,

    Appellant,

    v.

BREVARD COUNTY
SHERIFF'S OFFICE,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David Dugan, Judge.

Chad A. Barr, of Chad Barr Law, Altamonte Springs, for
Appellant.

William J. McFarlane, III, and Michael K. Mittelmark, of
McFarlane Law, Coral Springs, for Appellee.


December 19, 2023


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., MAKAR, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____